J-S70023-14

**NON-PRECEDENTIAL DECISION – SEE SUPERIOR COURT I.O.P. 65.37**

COMMONWEALTH OF PENNSYLVANIA : IN THE SUPERIOR COURT OF
                                                  :           PENNSYLVANIA

Appellee            :
                                                  :

v.                     :
                                                  :

JAMIE KIRNON               :
                                                  :

Appellant          :     No. 1028 EDA 2014

Appeal from the PCRA Order March 5, 2014
In the Court of Common Pleas of Philadelphia County
Criminal Division at No(s): CP-51-CR-0503741-2001

BEFORE: LAZARUS, J., MUNDY, J., and STRASSBURGER, J.*
                                          **FILED DECEMBER 12, 2014**

CONCURRING STATEMENT BY STRASSBURGER, J.:

I join the Majority Memorandum. I write separately to note that Appellant filed his PCRA petition on June 2, 2011. The record shows that the PCRA Intake Unit reviewed it on June 22, 2011. However, the PCRA court did not issue a Pa.R.Crim.P. 907 notice until September 24, 2013, more than two years later. Such a long delay raises serious questions about whether justice is being served.

* Retired Senior Judge assigned to the Superior Court.